No. 10–10158. WILLIAMS v. WRIGHT, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, ET AL. C. A. 8th Cir.;

No. 10–10159. WILLIAMS v. JOHNSON ET AL. C. A. 8th Cir.; and

No. 10–10160. WILLIAMS v. CROUCH ET AL. C. A. 8th Cir. Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [564 U. S. 1033] denied.